FILED

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

99 FEB 23 PM 3: 21
U.S. DISTRICT COURT
N.D. OF ALABAMA

| | |
|---|---|
| TAMARA TALLANT GRIDER, | ) |
| Plaintiff, | ) |
| vs. | ) CV 98-H-0188-S |
| RONALD DAVIDSON, ET AL., | ) |
| Defendants. | ) |

ENTERED
FEB 23 1999

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on January 26, 1999 recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed for failing to state a claim upon which relief can be granted under 28 U.S.C. § 1915A(b). No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed for failing to state a claim upon which relief can be granted pursuant to 28 U.S.C. § 1915A(b). A Final Judgment will be entered.

DATED this 23rd day of February, 1999.

JAMES H. HANCOCK
UNITED STATES DISTRICT JUDGE